**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JEFFREY A. MCKELLOP,

   *Plaintiff*,

  v.

DEPARTMENT OF JUSTICE et al.

   *Defendants*.

Civil Action No. 24-1043 (TJK)

## MEMORANDUM

   Plaintiff filed this lawsuit on March 27, 2024. He did not file service within the 90-day window for doing so. *See* Fed. R. Civ. P 4(m). On August 12, 2024, this Court ordered Plaintiff to, within 45 days—*i.e.*, September 26, 2024—either (1) serve process and file proof of service in accordance with Rule 4, or (2) move for an extension of time to do so. Plaintiff has done neither as of today, September 27, 2024. Accordingly, pursuant to Local Rule 83.23 and the Court's "inherent power to dismiss a case sua sponte for a plaintiff's failure to prosecute or otherwise comply with a court order," *Peterson v. Archstone Communities LLC*, 637 F.3d 416, 418 (D.C. Cir. 2011), the Court will dismiss the case. A separate order will issue.

            /s/ Timothy J. Kelly
            TIMOTHY J. KELLY
            United States District Judge

Date: September 27, 2024